SYDNEY ROSENBLUM, TRUSTEE *v.* WILLIAM A.
BECKERMAN ET AL.

The defendants' motion for a review of the trial
court's decision denying their motion to correct the
finding in the appeal from the Superior Court in
Hartford County is denied.

*Robert L. Coates,* in support of the motion.

Submitted October 13—decided November 8, 1972

MAUREEN M. WOJICK *v.* EDWARD WOJICK

The defendant's motion for disposition of the
plaintiff's appeal without participation by the de-
fendant from the Superior Court in Windham
County is denied.

*James W. Sherman,* in support of the motion.

Submitted October 18—decided November 8, 1972

WALTER A. RUNCK ET AL. *v.* TOWN PLANNING AND
ZONING COMMISSION OF THE TOWN OF HAMDEN
ET AL. (No. 87436)

MELINDA DANIELS ET AL. *v.* TOWN PLANNING AND
ZONING COMMISSION OF THE TOWN OF HAMDEN
ET AL. (No. 87449)

The defendants' petition for certification for ap-
peal from the Court of Common Pleas in New Haven
County is granted.

*Dennis N. Garvey* and *George Greenstein,* in sup-
port of the petition.

Submitted October 27—decided November 8, 1972